UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CODY D. STEWART,

Petitioner,

v.

THE FEDERAL COURT, et al.,

Respondents.

Case No. 25-cv-09296-NW

**ORDER DISMISSING MATTER WITHOUT PREJUDICE**

Petitioner Cody D. Stewart, a state prisoner, filed this pro se petition for writ of habeas corpus. *See* ECF No. 1. On February 17, 2026, the Court dismissed his petition for failure to state a claim and granted him leave to amend. ECF No. 9. The Court ordered Stewart to file an amended petition within 28 days or face dismissal of this case. The deadline has passed and Stewart has not filed an amended petition or otherwise communicated with the Court. Accordingly, this matter is **DISMISSED WITHOUT PREJUDICE**.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 27, 2026

Noël Wise
United States District Judge